| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| MATHEW K. HIGBEE, ESQ.   SBN: 241380<br>HIGBEE & ASSOCIATES<br>1504 BROOKHOLLOW DR. #112   SANTA ANA, CA 92705 | | |
| TELEPHONE NO.: **(714) 617-8300** | FAX NO.(Optional): | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): **Plaintiff:** | | |
| **UNITED STATES DISTRICT COURT** | | |
| STREET ADDRESS: **333 WEST BROADWAY** | | |
| MAILING ADDRESS: | | |
| CITY AND ZIP CODE: **SAN DIEGO, CA 92101** | | |
| BRANCH NAME: **SOUTHERN DISTRICT** | | |
| PLAINTIFF/PETITIONER: **JEFFREY R. WERNER** | CASE NUMBER: **20CV1655-LAB-KSC** | |
| DEFENDANT/RESPONDENT: **RUCKUS VENTURES, LLC** | HEARING DATE:<br>HEARING TIME:<br>DEPARTMENT: | |
| **PROOF OF SERVICE** | | |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION AND COMPLAINT**

PARTY SERVED: **RUCKUS VENTURES, LLC**
PERSON SERVED: **ROMAN ROMANYUK - REGISTERED AGENT FOR SERVICE**
DATE & TIME OF DELIVERY: **9/1/2020**
**2:25 PM**
ADDRESS, CITY, AND STATE: **19962 101 ST AVE. SE**
**RENTON, WA 980557306**

MANNER OF SERVICE:
**Personal Service - By personally delivering copies.**

Fee for Service: $ 165.00
County: WASHINGTON STATE
Registration No.: 1619576
REZAC-MEYER ATTORNEY SERVICE
15215 52ND AVE. S, STE. 200
SEATTLE, WA 98188
(213) 481-1770

Ref: 557228

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on September 2, 2020.

Signature: *Anthony Concannon*
ANTHONY CONCANNON

**PROOF OF SERVICE**
**557228**

DefaultProof/LA248494