| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>MATHEW K. HIGBEE, ESQ.<br>HIGBEE & ASSOCIATES<br>1504 BROOKHOLLOW DR. #112  SANTA ANA, CA 92705 | | SBN: 241380 | *FOR COURT USE ONLY* |
|---|---|---|---|
| TELEPHONE NO.: **(714) 617-8300** | FAX NO. *(Optional):* | | |
| E-MAIL ADDRESS *(Optional):* | | | |
| ATTORNEY FOR *(Name):* **Plaintiff:** | | | |
| **UNITED STATES DISTRICT COURT** | | | |
| STREET ADDRESS: **333 WEST BROADWAY** | | | |
| MAILING ADDRESS: | | | |
| CITY AND ZIP CODE: **SAN DIEGO, CA 92101** | | | |
| BRANCH NAME: **SOUTHERN DISTRICT** | | | |
| PLAINTIFF/PETITIONER: **JEFFREY R. WERNER** | | | CASE NUMBER: **20CV1655-LAB-KSC** |
| DEFENDANT/RESPONDENT: **VIBEY.COM, LLC; ROCKUS VENTURES** | | | HEARING DATE: |
| | | | HEARING TIME: |
| **PROOF OF SERVICE** | | | DEPARTMENT: |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS; COMPLAINT;**

> PARTY SERVED:  **Z LIFESTYLE, LLC**
> PERSON SERVED:  **ERIN HAGGERTY, COGENCY GLOBAL INC, - REGISTERED AGENT FOR SERVICE**

DATE & TIME OF DELIVERY:  **8/28/2020**
**2:35 PM**

ADDRESS, CITY, AND STATE:  **1325 J STREET, SUITE 1550**
**SACRAMENTO, CA 95814**

MANNER OF SERVICE:
**Personal Service - By personally delivering copies.**

Fee for Service: $ 89.50
   County: SACRAMENTO
   Registration No.: 2015-10
   REZAC MEYER ATTORNEY SERVICE
   1541 WILSHIRE BLVD., SUITE 550
   LOS ANGELES, CA 90017
   (213) 481-1770

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on September 2, 2020.

Signature: _____
                        KATRINA WILLIAMS

**PROOF OF SERVICE**

DefaultProof/LA248495