# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY R. WERNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VIBEY.COM, LLC; RUCKUS VENTURES, LLC; Z LIFESTYLE, LLC; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No. 3:20-cv-01655-LAB-KSC<br><br>**JOINT MOTION TO EXTEND DEFENDANT VIBEY.COM LLC'S AND RUCKUS VENTURES LLC'S TIME TO RESPOND TO INITIAL COMPLAINT** |

　　　Plaintiff Jeffery Werner and Defendants Vibey.com, LLC and Ruckus Ventures, LLC have jointly moved to extend those Defendants' time to respond to the Complaint.[1]  The Court finds good cause for the requested extension and

///

///

///

///

---

[1] The third named Defendant, Z Lifestyle, LLC, was not a party to the Joint Motion and its deadlines aren't affected by this Order.

1 | **GRANTS** the Motion. Vibey.com and Ruckus Ventures Defendants must respond
2 | to the Complaint on or before October 13, 2020.
3 |     **IT IS SO ORDERED.**

Dated: September 23, 2020

*/s/ Larry A. Burns*

Hon. Larry Alan Burns
Chief United States District Judge