**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFERY R. WERNER,<br><br>        Plaintiff,<br><br>    v.<br><br>VIBEY.COM, LLC; RUCKUS VENTURES, LLC; Z LIFESTYLE, LLC; and DOES 1 through 10 inclusive,<br><br>        Defendants. | Case No. 3:20-cv-01655-LAB-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 19]** |

      Plaintiff Jeffery Werner and two Defendants, Vibey.com, LLC and Ruckus Ventures, LLC, filed a joint stipulation of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Dkt. 19.) The Court construes the stipulation as a joint motion under CivLR 7.2 and **GRANTS** that Motion.[1] Werner's claims in this action against those two Defendants are **DISMISSED WITH PREJUDICE**. Hon. Magistrate Judge Karen S. Crawford will retain jurisdiction to enforce the

---

[1] Under the Local Rules, "[t]he filer of any joint motion . . . must certify that the content of the document is acceptable to all persons required to sign the document." ECF Admin. Policies and Procedures Manual § 2(f)(4). Plaintiff did not so certify, but neither Vibey.com nor Ruckus Ventures filed an objection within the time allowed by that rule. *Id.*

settlement agreement between Werner, Vibey, and Ruckus up to and including July 7, 2022.

**IT IS SO ORDERED.**

Dated: January 15, 2021

*Larry A. Burns*

Hon. Larry Alan Burns
Chief United States District Judge